**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Mustafa MUHAMMAD, Defendant-**
**Appellant.**

198

United States of America, Plaintiff-Appellee,

v.

Mustafa Muhammad, Defendant-Appellant.

No. 17-7258, No. 17-7430

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 28, 2017

Mustafa Muhammad, Appellant Pro Se. Heather Hart Mansfield, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In No. 17-7258, Mustafa Muhammad appeals the denial of his motion for recusal, and in No. 17-7430, he appeals the denial of his Fed. R. Crim. P. 33 motion for new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Muhammad*, No. 3:14-cr-00055-REP-DJN-1 (E.D. Va. Sept. 12, 2017; Oct. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*